Original Process is granted and the Writ of Habeas Corpus is denied.

■

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Anthony LOCKE, Petitioner.**

**No. 159 EM 2007.**

Supreme Court of Pennsylvania.

Nov. 2, 2007.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, 2007, the Petition for Leave to File Reconsideration Out of Time is denied.

■

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**David TAYLOR, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 15, 2007.

Decided Nov. 8, 2007.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

■

**Stephen LATHROP and Karen A. Lathrop, Individually and as Parents and Natural Guardians of and on Behalf of Joseph S. Lathrop, a Minor, Appellants,**

v.

**Jason T. RUGGIANO and Northwestern Institute of Psychiatry, Appellees.**

Supreme Court of Pennsylvania.

Argued Oct. 15, 2007.

Decided Nov. 8, 2007.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.